Probation Form No. 35                          Report and Order Terminating Probation /
(1/92)                                             Supervised Release
                                                       Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

         V                                            Crim. No. 3:94CR03066-01/RV

THOMAS McCALL, Jr.

       On August 10, 1994, the above named was sentenced to a period of five (5) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Thomas McCall, Jr., be discharged from supervised release.

                                       Respectfully submitted,

                                       Russell A. Szafran
                                       U.S. Probation Officer

### ORDER OF THE COURT

       Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 25th day of November, 2006

                                       Roger Vinson
                                       Senior U.S. District Judge